# EXHIBIT A

Case No. 1:24-cv-03101-STV  Document 11-2  filed 12/13/24  USDC Colorado  pg 1 of 2

# AFFIDAVIT OF NON-SERVICE

| Case: | Court: | County: | Job: |
|---|---|---|---|
| 24 CV 3101 STV | US District | CO | 12144198 |

| Plaintiff / Petitioner: | Defendant / Respondent: |
|---|---|
| NINTENDO OF AMERICA INC. | JESSE KEIGHIN |

| Received by: | For: |
|---|---|
| QUALITY PROCESS SERVERS | JENNER & BLOCK, LLP / 212-891-1666 |

| To be served upon: |
|---|
| JESSE KEIGHIN |

I, BUFFY BRUNS, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:   JESSE KEIGHIN, ███ East Batavia Drive, Aurora, CO 80011

Manner of Service:   Bad Address

Documents:   SUMMONS (Received Nov 8, 2024 at 11:02am MST)

Additional Comments:
1) Unsuccessful Attempt: Nov 8, 2024 @ 12:08 pm Bad Address
GRANDMOTHERS RESIDENCE

*[Signature]*
Name

Title: process server

Address: 3475 West 14th Ave, APT 703, Denver, CO 80204

Date: 11.16.2024