# EXHIBIT B

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jesse Keighin

was received by me on *(date)* 11/8/2024 . [redacted] E Batavia Dr Aurora CO 80011

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* 11/12/2024 @ 4:43 PM

☒ I returned the summons unexecuted because Server was told he did not live there. ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/9/2024

Server's signature

Buffy Bruns, Process Server
Printed name and title

312 11th Ave Longmont CO 80501
Server's address

Additional information regarding attempted service, etc:

Server made contact with an older woman who answered the door. She was in a wheelchair. She said Jesse moved out 2 yrs ago. She said she was his grandmother and this was her residence. She would not provide any further information.