# EXHIBIT C

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jess Keighin, Kestrel Pl, Castle Rock CO__

was received by me on *(date)* __11/8/2024__.

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____,
a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* __11/13/24__ ; @ __11:13AM__

☒ I returned the summons unexecuted because __Bad address unknown by current Resident__ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __12/11/2024__

Server's signature

__Fred Lowe, Process Server__
Printed name and title

__312 11th Ave Longmont CO 80501__
Server's address

Additional information regarding attempted service, etc: