# EXHIBIT D

## AFFIDAVIT OF NON-SERVICE

| Case: 24 CV 3101 STV | Court: US District | County: , CO | Job: 12144198 |
|---|---|---|---|
| **Plaintiff / Petitioner:** NINTENDO OF AMERICA INC. | | **Defendant / Respondent:** JESSE KEIGHIN | |
| **Received by:** QUALITY PROCESS SERVERS | | **For:** JENNER & BLOCK, LLP / 212-891-1666 | |
| **To be served upon:** JESSE KEIGHIN | | | |

I, Fred Lowe, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** JESSE KEIGHIN, ███ Kestrel Pl, Castle Rock CO80109
**Manner of Service:** Bad Address
**Documents:** SUMMONS (Received Nov 8, 2024 at 11:02am MST)

**Additional Comments:**
1) Unsuccessful Attempt: Nov 12, 2024, 4:43 pm MST at ███ Kestrel Place, Castle Rock, CO 80109. Bad Address. Subject unknown by current resident.

**Unsuccessful Attempt::**
███ S MARION ST # ███ ENGLEWOOD CO 11/13 @ 4:02 PM, BAD ADDRESS. Subject unknown by current resident.

_____  Process Server
Name                    Title

312 11th Ave Longmont CO 80501
Address

11/15/2024
Date