# EXHIBIT E

Civil Action No. 24 CV 3101 - STV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jesse Keighin__
was received by me on *(date)* __11/19/2024__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because __Bad Address 11/19/24 @ 2:37 PM__

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __11-20-2024__

_____
Server's signature

__Viktoria Richards, Process Server__
Printed name and title

__312 11th Ave Longmont CO 80501__
Server's address

Additional information regarding attempted service, etc:

Server spoke to resident Crystal Weber. She said her + her husband Jesse Weber have lived there 3 yrs. The subject Jesse Keighin is unknown.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Nintendo of America Inc. <br><br> *Plaintiff(s)* <br> v. <br> Jesse Keighin <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 24-CV-3101-STV |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jesse Keighin
■■■■ E. Batavia Dr.
Aurora, CO 80011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alison I. Stein
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/06/2024

s/ E. Cha
*Signature of Clerk or Deputy Clerk*