# EXHIBIT F

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jess Keighin__
was received by me on *(date)* __11/22/2024__.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because __Mr Keighin does not reside at ▓▓ Mercantile St. Unit ▓▓ Castle Rock CO 80109__ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __11/25/24__

Server's signature

__Fred Lowe, Process Server__
Printed name and title

__312 11th Ave Longmont CO 80501__
Server's address

Additional information regarding attempted service, etc:

11/23 @ 9:30 AM Server spoke to the resident Melina Foy. Ms Foy said Keighin does not live there. Ms Foy said she has not seen him in 2-3 mos. She believes he is homeless or living with his mother. Server also spoke with the leasing office. They said Keighin is not named on the lease. They also said they have not seen him around in months.