# EXHIBIT G

Case No. 1:24-cv-03101-STV   Document 11-8   filed 12/13/24   USDC Colorado   pg 1 of 2

| | |
|---|---|
| **From:** | Stein, Alison I. <AStein@jenner.com> |
| **Sent:** | Friday, November 8, 2024 5:42 PM |
| **To:** | everygameguru@gmail.com |
| **Cc:** | Mitchell, Cayman C.; Stein, Alison I. |
| **Subject:** | Nintendo of America v Keighin |
| **Attachments:** | Dkt. 1 - Complaint.pdf |

Dear Mr. Keighin,

I am counsel for Nintendo of America Inc. As you now know, Nintendo has brought an action against you in the District of Colorado for copyright infringement and circumvention of technological measures. Attached is a curtesy copy of the complaint. If you have retained or retain an attorney, please direct this correspondence to them.

We have observed that, since filing of Nintendo's litigation, you have begun deleting content you posted online, including content referenced in the Complaint. I write to remind you of your **duty to preserve such evidence**. Upon commencement of a litigation, litigants have a duty to preserve evidence relevant to the case. *See, e.g.*, *E.E.O.C. v. Dillon Companies, Inc.*, 839 F. Supp. 2d 1141, 1144 (D. Colo. 2011). Federal Rule of Civil Procedure 37(e) provides that failure to take reasonable steps to preserve relevant evidence may result in sanctions, including adverse findings and even default judgment.

The evidence you have deleted since the filing of Nintendo's lawsuit against you is directly relevant to Nintendo's claims. Please immediately confirm whether you have maintained copies of everything you have already deleted and that you will comply with your preservation obligations. All rights are reserved.

Sincerely,
Alison Stein

1