# EXHIBIT H

| | |
|---|---|
| **From:** | Stein, Alison I. |
| **Sent:** | Wednesday, November 20, 2024 12:17 PM |
| **To:** | everygameguru@gmail.com |
| **Cc:** | Mitchell, Cayman C. |
| **Subject:** | RE: Nintendo of America v Keighin |
| **Attachments:** | Dkt. 1 - Complaint.pdf; Dkt. 7 - Summons Issued.pdf; Keighin Waiver of Service Form.pdf |

Dear Mr. Keighin,

I am following up on my last communication concerning the litigation Nintendo has filed against you, *Nintendo of America Inc. v. Jesse Keighin*, No. 1:24-cv-03101 (D. Colo. 2024).  As I previously stated, if you have retained or retain an attorney, please direct this correspondence to them.

We have been attempting to serve you with the summons and complaint (attached) for the above-captioned matter for multiple days, but after attempting several addresses, we have been unable to serve you personally.  We believe you may be evading service.  Indeed, we are aware that you have stated publicly that you are aware of this lawsuit.  Please advise by end of the day tomorrow, **Thursday, November 21**, of a current address at which we can serve you with the summons and complaint for the above-captioned matter.  Alternatively, if you would like to waive formal service of the summons and complaint, I have attached a court form you can fill out stating you agree to waive service.  If you sign this and send it back to us, we can file it with the court, and you will be deemed served and have additional time to respond to our complaint, as set forth in the form.

We look forward to your response so that we can avoid unnecessary court activity related to serving you.  All rights are reserved.

Sincerely,
Alison Stein

---

**From:** Stein, Alison I. <AStein@jenner.com>
**Sent:** Friday, November 8, 2024 5:42 PM
**To:** everygameguru@gmail.com
**Cc:** Mitchell, Cayman C. <CMitchell@jenner.com>; Stein, Alison I. <AStein@jenner.com>
**Subject:** Nintendo of America v Keighin

Dear Mr. Keighin,

I am counsel for Nintendo of America Inc.  As you now know, Nintendo has brought an action against you in the District of Colorado for copyright infringement and circumvention of technological measures.  Attached is a curtesy copy of the complaint.  If you have retained or retain an attorney, please direct this correspondence to them.

We have observed that, since filing of Nintendo's litigation, you have begun deleting content you posted online, including content referenced in the Complaint.  I write to remind you of your **duty to preserve such evidence**.  Upon commencement of a litigation, litigants have a duty to preserve evidence relevant to the case.  *See, e.g.*, *E.E.O.C. v. Dillon Companies, Inc.*, 839 F. Supp. 2d 1141, 1144 (D. Colo. 2011).  Federal Rule of

Civil Procedure 37(e) provides that failure to take reasonable steps to preserve relevant evidence may result in sanctions, including adverse findings and even default judgment.

The evidence you have deleted since the filing of Nintendo's lawsuit against you is directly relevant to Nintendo's claims.  Please immediately confirm whether you have maintained copies of everything you have already deleted and that you will comply with your preservation obligations.  All rights are reserved.

Sincerely,
Alison Stein

**Alison I. Stein**

**Jenner & Block LLP**
1155 Avenue of the Americas
New York, NY 10036-2711   |   jenner.com
+1 212 891 1622   |   Tel
+1 203 494 1295   |   Mobile
AStein@jenner.com
Download V-Card   |   View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system