IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03101-STV

NINTENDO OF AMERICA INC.,

    Plaintiff,

v.

JESSE KEIGHIN, individually,

    Defendant.

---

**[PROPOSED] ORDER
GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE**

---

Having reviewed Plaintiff's Motion for Substituted Service pursuant to Fed. R. Civ. P. 4(e) and Colo. R. Civ. P. Rule 4(f) and supporting papers, the Court hereby ORDERS that service upon Defendant Jesse Keighin be deemed complete upon the effectuation of the following:

1. By mailing a copy of the Summons and Complaint to Defendant's partner, Melina Foy at her residence on Mercantile St. in Castle Rock, CO 80109;

2. By mailing a copy of the Summons and Complaint to Defendant's grandmother, Mary Twist, at her residence on E. Batavia Dr. in Aurora, CO 80011; and

3. By mailing a copy of the Summons and Complaint to Defendant's mother, Tracy Harsch, at her residence on S. Zeno Way in Aurora, CO 80017.

Plaintiff's counsel shall file a certificate of service attesting to completion of the substituted service granted herein within seven (7) days of the date of this Order.

1

IT IS SO ORDERED.

Dated: _____, 2024          By: _____
                                              The Honorable Scott T. Varholak
                                              United States Magistrate Judge