IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03101-STV

NINTENDO OF AMERICA INC.,

    Plaintiff,

v.

JESSE KEIGHIN, individually,

    Defendant.

## STATUS REPORT

**I.    Substituted Service**

Pursuant to the Court's Order Granting Nintendo's Motion for Substituted Service, ECF No. 13 (the "Order"), the undersigned certifies that, process was served by:

1) On December 20, 2024, delivering true copies of the Summons, Complaint, and Order to the following addresses:

   a. Melina Foy at Mercantile St., Castle Rock, CO 80109;

   b. Mary Twist, at E. Batavia Dr., Aurora, CO 80011; and

   c. Tracy Harsch, at S. Zeno Way, Aurora, CO 80017.

2) On December 19, 2024, sending true copies of the Summons, Complaint, and Order via UPS Next Day Air with delivery confirmation, signature required, to:

   a. Jesse Keighin c/o Mary Twist at E. Batavia Drive, Aurora, CO 80011; and

   b. Jesse Keighin c/o Melina Foy at Mercantile Street, Castle Rock, CO 80109.

3) On December 19, 2024, sending true copies of the Summons, Complaint, and Order via email to everygameguru@gmail.com.

1

Per the Order, service is accomplished as of December 20, 2024.

II.     **Case Schedule**

Per the Court's scheduling order at ECF No. 10, the following deadlines are approaching:

1) **December 24, 2025** – Deadline to Conduct Fed. R. Civ. P. 26(f) Conference
2) **January 2, 2025** – Deadline to File the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction Form
3) **January 6, 2025** – Deadline to File Proposed Scheduling Order
4) **January 7, 2025** – Deadline for Parties to Exchange Initial Disclosures
5) **January 14, 2025 @ 10:00 AM** – Scheduling Conference

In light of the fact that the Defendant has not yet appeared, Nintendo respectfully requests that the Court stay all current deadlines and vacate the scheduling conference, adjourning all deadlines until Defendant answers or otherwise appears, resetting them at that time.

DATED this 20th day of December, 2024.

                Respectfully submitted,

                **JENNER & BLOCK LLP**

                */s/ Alison I. Stein*
Alison I. Stein (N.Y. Bar. No. 4787230)*
Cayman C. Mitchell (N.Y. Bar No. 5978812)*
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
astein@jenner.com
cmitchell@jenner.com

Gail H. Morse (Colorado Bar No. 023813)*
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
gmorse@jenner.com

*Admitted in D. Colorado

*Attorneys for Plaintiff Nintendo of America Inc.*