IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03101-STV

NINTENDO OF AMERICA INC.,

    Plaintiff,

v.

JESSE KEIGHIN, individually,

    Defendant.

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT**

Pursuant to Federal Rule of Civil Procedure ("Rule") 55(a), Plaintiff Nintendo of America Inc. ("Nintendo") hereby moves the Clerk to enter default against Defendant.

Nintendo filed its Complaint in the above-captioned action on November 6, 2024. ECF No. 1. Defendant evaded service, and after several unsuccessful attempts at serving Defendant, on December 13, 2024, Nintendo filed a Motion for Substituted Service. ECF No. 11. On December 18, 2024, this Court granted Nintendo's motion. ECF No. 13 (the "Order"). Per the Court's Order, Nintendo served the Summons and Complaint by: (1) delivering copies of the Summons and Complaint to addresses associated with Defendant's mother, grandmother, and partner; (2) sending the Summons and Complaint via mail with delivery confirmation to two addresses associated with Defendant; and (3) sending the Summons and Complaint via email to everygameguru@gmail.com. ECF No. 14. As directed by the Court's Order, Nintendo filed a Status Report, ECF. No. 14, certifying that service was completed on December 20, 2024. *Id.*

1

Pursuant to Rule 12(a)(1)(A)(i), Defendant was required to respond to the Complaint within 21 days, which as applied here required Defendant to answer or otherwise defend by January 10, 2025. Nintendo has not received an answer or any other response to the Complaint from the Defendant. *See* Declaration of Cayman C. Mitchell ¶ 7, filed herewith.

Nintendo thus respectfully requests that the Clerk enter default against Defendant.

DATED this 24th day of January, 2025.

          Respectfully submitted,

          **JENNER & BLOCK LLP**

          */s/ Alison I. Stein*
          Alison I. Stein (N.Y. Bar. No. 4787230)*
          Cayman C. Mitchell (N.Y. Bar No. 5978812)*
          1155 Avenue of the Americas
          New York, NY 10036
          Telephone: (212) 891-1600
          Facsimile: (212) 891-1699
          astein@jenner.com
          cmitchell@jenner.com

          Gail H. Morse (Colorado Bar No. 023813)*
          353 N. Clark Street
          Chicago, IL 60654
          Telephone: (312) 222-9350
          Facsimile: (312) 527-0484
          gmorse@jenner.com

          *Admitted in D. Colorado

          *Attorneys for Plaintiff Nintendo of America Inc.*