**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-03101-STV

NINTENDO OF AMERICA INC.,

    Plaintiff,

v.

JESSE KEIGHIN, individually,

    Defendant.

---

**DECLARATION OF CAYMAN C. MITCHELL IN SUPPORT OF PLAINTIFF
NINTENDO OF AMERICA INC.'S MOTION FOR ENTRY OF DEFAULT**

---

I, Cayman C. Mitchell, declare as follows:

1. I am over the age of 18 and competent to testify to matters in this Declaration. I make this Declaration on the basis of my personal knowledge.

2. I am an attorney at the law firm Jenner & Block LLP, and am one of the attorneys representing Plaintiff Nintendo of America Inc. ("Nintendo") in this action. I submit this Declaration in support of Nintendo's Motion for Entry of Default (the "Motion").

3. On November 6, 2024, Nintendo filed its Complaint in the above-captioned action. ECF No. 1.

4. On December 13, 2024, Plaintiff filed a Motion for Substituted Service. ECF No. 11. On December 18, 2024, this Court granted Plaintiff's motion. ECF No. 13 (the "Order").

5. As directed by this Court's Order, ECF No. 13, and as certified in Nintendo's Status Report ordered by the Court, ECF No. 14, on December 20, 2025 Nintendo accomplished service of the Summons and Complaint on Defendant by (1) delivering copies of the Summons and Complaint to addresses associated with Defendant's mother, grandmother, and partner; (2) sending the Summons and Complaint via mail with delivery confirmation to two addresses associated with Defendant; and (3) sending the Summons and Complaint via email to everygameguru@gmail.com.

6. Per Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant had 21 days to answer or otherwise respond to the Complaint. Therefore, Defendant was required to answer or otherwise respond to the Complaint by January 10, 2025.

7. Defendant has not answered or otherwise responded to the Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 24th day of January, 2025, in New York, New York.

_____
Cayman C. Mitchell

2