IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03101-STV

NINTENDO OF AMERICA INC.,

    Plaintiff,

v.

JESSE KEIGHIN, individually,

    Defendant.

---

**[PROPOSED]
ENTRY OF DEFAULT AGAINST DEFENDANT**

---

THIS MATTER came before the Court on Plaintiff's Motion for Entry of Default. Plaintiff filed its Complaint on November 6, 2024. ECF No. 1. Service was completed on December 20, 2024. ECF No. 14. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant had twenty-one (21) days, or until January 10, 2025, to answer or otherwise respond to Plaintiff's Complaint. It appearing that Defendant has not answered or otherwise responded to Plaintiff's Complaint, default is entered against Defendant Jesse Keighin.

DATED this _____ day of January, 2025.

By: _____
     Clerk of Court