# EXHIBIT A

| | |
|---|---|
| United States District Court<br>District of Colorado | |
| Plaintiff/Petitioner(s): Nintendo of America Inc.<br>v.<br><br>Defendant/Respondent(s): Jesse Keighin | ▲ COURT USE ONLY ▲ |
| Jan Payne, Private Process Server<br>JanDell Investigations<br>220S Wilcox St #314<br>Castle Rock, CO 80104<br>719.231.8921   jdi@jandellinvestigations.com | Civil Action No. 24-cv-03101-STV |
| **AFFIDAVIT OF SERVICE** ||

I, Jan Payne declare that I am over 18 years of age and not a party to this action. I delivered the following documents: Summons, Complaint and Demand for Jury Trial, Order re: Substituted Service to Melina Foy: by leaving them at the door at 2355 Mercantile St., Unit 1131 on December 20th, 2024, at 2:48 pm in the City of Castle Rock, County of Douglas, State of Colorado.

When I knocked on the door, what sounded like a male voice said, "Who is that," and a female answered "I don't know." The male again said, "Who is that?" and the female again responded, "I don't know". No one answered the door despite continued knocking.

**VERIFICATION AND ACKNOWLEDGEMENT (CO Rev Stat § 13-27-106)**

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the 27th day of January, 2025, at Castle Rock, County of Douglas, Colorado.

*Jan Payne*

*24-cv-03101-STV  Affidavit of Service p.2*



