# EXHIBIT B

| COURT INFORMATION<br>United States District Court<br>District of Colorado<br>Plaintiff/Petitioner(s): Nintendo of America Inc.<br><br>v.<br><br>Defendant/Respondent(s): Jesse Keighin | ▲ COURT USE ONLY ▲ |
|---|---|
| Lindsey E. Paison, Private Process Server<br>Dark Knight Private Investigation<br>2851 S. Parker Rd., Suite 820 Aurora, Colorado 80014<br>Tele: 303-888-5789  E-mail: lpaison20@gmail.com | Case Number: 24-cv-3101-STV<br><br>Division        Courtroom |
| RETURN OF SERVICE | |

I, Lindsey Paison, declare that I am over 18 years of age and not a party to this action. I delivered the following documents: Summons, Complaint and Demand for Jury Trial, Order re: Substituted Service to Mary Twist: by leaving them at the door of the residence on December 20th, 2024, at 2:33 p.m. in the City of Aurora, County of Adams, State of Colorado. Attempts were made two separate times on December 20th, 2024, at 7:33 a.m. and 2:33 p.m. to knock on the door, but I received no answer either time and was instructed to leave the documents at the door.

## VERIFICATION

**I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.**

Executed on the __23rd__ day of __December__, __2024__
                        (date)           (month)           (year)

In the City and County of Denver, Colorado

*Lindsey E. Paison*
_____
Lindsey E. Paison