# EXHIBIT C

| | |
|---|---|
| COURT INFORMATION<br>United States District Court<br>District of Colorado<hr>Plaintiff/Petitioner(s): Nintendo of America Inc.<br><br>v.<br><br>Defendant/Respondent(s): Jesse Keighin | ▲　　COURT USE ONLY　　▲ |
| Lindsey E. Paison, Private Process Server<br>Dark Knight Private Investigation<br>2851 S. Parker Rd., Suite 820 Aurora, Colorado 80014<br>Tele: 303-888-5789 E-mail: lpaison20@gmail.com | Case Number: 24-cv-3101-STV<br><br><br>Division　　　Courtroom |
| RETURN OF SERVICE | |

I, Lindsey Paison, declare that I am over 18 years of age and not a party to this action. I delivered the following documents: Summons, Complaint and Demand for Jury Trial, Order re: Substituted Service to Tracy Harsch: by leaving them at the door of the residence on December 20th, 2024, at 2:51 p.m. in the City of Aurora, County of Arapahoe, State of Colorado. An attempt was made at 7:40 a.m. on December 20th, 2024, when a woman opened the door who I could not identify and denied being Ms. Harsch.   I was instructed to return o the residence and attempt to knock again, and to leave the documents if I did not receive an answer at the door.

---

## VERIFICATION

**I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.**

Executed on the __23rd__ day of __December__, __2024__
　　　　　　　　(date)　　　　(month)　　　　(year)

In the City and County of Denver, Colorado

*Lindsey E. Paison*
_____
Lindsey E. Paison