# EXHIBIT D

| | |
|---|---|
| **From:** | Stein, Alison I. |
| **To:** | everygameguru@gmail.com |
| **Cc:** | Mitchell, Cayman C. |
| **Subject:** | Nintendo of America Inc. v. Jesse Keighin, No. 1:24-cv-03101 (D. Colo. 2024) |
| **Date:** | Thursday, December 19, 2024 3:30:15 PM |
| **Attachments:** | 2024.11.06_[Dkt. 0001] Complaint.pdf |
| | 2024.11.06_[Dkt. 0007] Summons Issued to Clerk.pdf |
| | 2024.11.18_[Dkt. 0013] Order Granting Motion for Substituted Service.pdf |

Dear Mr. Keighin,

I write regarding *Nintendo of America Inc. v. Jesse Keighin*, No. 1:24-cv-03101 (D. Colo. 2024). In the attached Order Granting Substituted Service (the "Order"), the Court has granted Nintendo's Motion for Substituted Service and directed Nintendo to serve you by email to this email address, among other methods.

Pursuant to the Court's Order, please find enclosed file-stamped copies of the Summons, Complaint, and Order.

Regards,
Alison Stein

## Alison I. Stein

**Jenner & Block LLP**
1155 Avenue of the Americas
New York, NY 10036???2711   |   jenner.com
+1 212 891 1622   |   Tel
+1 203 494 1295   |   Mobile
AStein@jenner.com
Download V-Card   |   View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system