# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03101-GPG-STV

NINTENDO OF AMERICA INC.,

    Plaintiff,

v.

JESSE KEIGHIN, individually,

    Defendant.

---

**MOTION TO MODIFY SCHEDULING ORDER**

---

Nintendo of America Inc. ("Nintendo") hereby moves to modify the Court's scheduling order at ECF No. 15.

Per the Court's Minute Order at ECF No. 15, the Parties' deadline to file a Proposed Scheduling Order is **February 4, 2025**, and this matter is set for a Scheduling Conference on **February, 11, 2025 at 10:00 AM**.

Since Defendant has not yet appeared, Nintendo has been unable to meet and confer with Defendant under Fed. R. Civ. P. 26(f). On January 24, 2025, Nintendo moved the clerk for entry of default. ECF No. 16. Accordingly, Nintendo respectfully requests that the Court vacate the February 11, 2025 Scheduling Conference and associated deadlines and reset the Scheduling Conference for **March 25, 2025 at 10:00 AM**, with the Proposed Scheduling Order due **March 18, 2025.**

Nintendo anticipates it will file a motion for default judgment prior to March 25, 2025.

DATED this 31st day of January, 2025.

    Respectfully submitted,

    **JENNER & BLOCK LLP**

    */s/ Alison I. Stein*
    Alison I. Stein (N.Y. Bar. No. 4787230)*
    Cayman C. Mitchell (N.Y. Bar No. 5978812)*
    1155 Avenue of the Americas
    New York, NY 10036
    Telephone: (212) 891-1600
    Facsimile: (212) 891-1699
    astein@jenner.com
    cmitchell@jenner.com

    Gail H. Morse (Colorado Bar No. 023813)*
    353 N. Clark Street
    Chicago, IL 60654
    Telephone: (312) 222-9350
    Facsimile: (312) 527-0484
    gmorse@jenner.com

    *Admitted in D. Colorado

    *Attorneys for Plaintiff Nintendo of America Inc.*