IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03101-GPG-STV

NINTENDO OF AMERICA INC.,

    Plaintiff,

v.

JESSE KEIGHIN, individually,

    Defendant.

---

**PLAINTIFF'S RENEWED MOTION FOR ENTRY OF DEFAULT**

---

Pursuant to Federal Rule of Civil Procedure ("Rule") 55(a), Plaintiff Nintendo of America Inc. ("Nintendo") hereby renews its motion for the Clerk to enter default against Defendant.

Nintendo filed its Complaint in the above-captioned action on November 6, 2024. ECF No. 1. Defendant evaded service, and after several unsuccessful attempts at serving Defendant, on December 13, 2024, Nintendo filed a Motion for Substituted Service. ECF No. 11. On December 18, 2024, this Court granted Nintendo's motion. ECF No. 13 (the "Order"). Per the Court's Order, Nintendo served the Summons and Complaint by: (1) delivering copies of the Summons and Complaint to addresses associated with Defendant's mother, grandmother, and partner; (2) sending the Summons and Complaint via mail with delivery confirmation to two addresses associated with Defendant; and (3) sending the Summons and Complaint via email to everygameguru@gmail.com. ECF Nos. 14, 22. As directed by the Court's Order, Nintendo filed a Status Report, ECF. No. 14, certifying that service was completed on December 20, 2024. *Id.*

1

Pursuant to the Court's January 24, 2025 Minute Order, ECF No. 18, and the Clerk's Note Regarding Default, ECF No. 20, Nintendo filed a declaration providing the proof of service referenced in Nintendo's Status Report and setting forth Nintendo's understanding that Defendant is not a servicemember. ECF No. 22 (and accompanying Exhibits A–D).

Pursuant to Rule 12(a)(1)(A)(i), Defendant was required to respond to the Complaint within 21 days, which as applied here required Defendant to answer or otherwise defend by January 10, 2025. Defendant had not answered or otherwise responded to the Complaint, *see* ECF No. 16-1, Jan. 24, 2025 Declaration of Cayman C. Mitchell ¶ 7, and still has not done so.

Nintendo thus respectfully requests that the Clerk enter default against Defendant.

DATED this 5th day of February, 2025.

Respectfully submitted,

**JENNER & BLOCK LLP**

 /s/ Alison I. Stein
Alison I. Stein (N.Y. Bar. No. 4787230)*
Cayman C. Mitchell (N.Y. Bar No. 5978812)*
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
astein@jenner.com
cmitchell@jenner.com

Gail H. Morse (Colorado Bar No. 023813)*
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
gmorse@jenner.com

*Admitted in D. Colorado

*Attorneys for Plaintiff Nintendo of America Inc.*