IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03101-GPG-STV

NINTENDO OF AMERICA INC.,

    Plaintiff,

v.

JESSE KEIGHIN, individually,

    Defendant.

**PLAINTIFF'S SECOND RENEWED MOTION FOR ENTRY OF DEFAULT**

Pursuant to Federal Rule of Civil Procedure ("Rule") 55(a), Plaintiff Nintendo of America Inc. ("Nintendo") hereby renews its motion for the Clerk to enter default against Defendant.

Nintendo filed its Complaint in the above-captioned action on November 6, 2024. ECF No. 1. Defendant evaded service, and after several attempts at serving Defendant, on December 13, 2024, Nintendo filed a Motion for Substituted Service. ECF No. 11. On December 18, 2024, this Court granted Nintendo's motion. ECF No. 13 (the "Order"). Per the Court's Order, Nintendo served the Summons and Complaint by: (1) delivering copies of the Summons and Complaint to addresses associated with Defendant's mother, grandmother, and partner; (2) sending the Summons and Complaint via mail with delivery confirmation to two addresses associated with Defendant; and (3) sending the Summons and Complaint via email to everygameguru@gmail.com. ECF Nos. 14, 22. As directed by the Court's Order, Nintendo filed a Status Report, ECF. No. 14, certifying that service was completed pursuant to those steps on December 20, 2024. *Id.*

1

Pursuant to the Court's January 24, 2025 Minute Order, ECF No. 18, and the Clerk's Note Regarding Default, ECF No. 20, Nintendo filed a declaration providing the proof of service referenced in Nintendo's Status Report and setting forth Nintendo's understanding that Defendant is not a servicemember. ECF No. 22 (and accompanying Exhibits A–D).

Pursuant to the Clerk's Note Regarding Default, ECF No. 27, Nintendo hereby renews its motion for entry of default, with the supporting declaration required by Fed. R. Civ. P. 55(a) dated contemporaneously and attached to this motion.

As set forth in the March 24, 2025 Declaration of Cayman C. Mitchell ("Mar. 24 Mitchell Decl."), filed herewith, after several service attempts, the Court granted Nintendo's motion for substituted service, and Nintendo completed substituted service on Defendant on December 20, 2025.  Mar. 24, 2025 Decl. ¶¶ 4–9.  Pursuant to Rule 12(a)(1)(A)(i), Defendant was required to respond to the Complaint within 21 days, which as applied here required Defendant to answer or otherwise defend by January 10, 2025.  *Id.* ¶ 11.  Defendant has not answered or otherwise responded to the Complaint.  *Id.* ¶ 12.  Nintendo's understanding is that Defendant is not a servicemember.  *Id.* ¶ 13.

Nintendo thus respectfully requests that the Clerk enter default against Defendant.

DATED this 25th day of March, 2025.

        Respectfully submitted,

        **JENNER & BLOCK LLP**

        /s/ *Alison I. Stein*
        Alison I. Stein (N.Y. Bar. No. 4787230)*
        Cayman C. Mitchell (N.Y. Bar No. 5978812)*
        1155 Avenue of the Americas
        New York, NY 10036
        Telephone: (212) 891-1600
        Facsimile: (212) 891-1699
        astein@jenner.com
        cmitchell@jenner.com

        Gail H. Morse (Colorado Bar No. 023813)*
        353 N. Clark Street
        Chicago, IL 60654
        Telephone: (312) 222-9350
        Facsimile: (312) 527-0484
        gmorse@jenner.com

        *Admitted in D. Colorado

        *Attorneys for Plaintiff Nintendo of America Inc.*