IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03101-GPG-STV

NINTENDO OF AMERICA INC.,

    Plaintiff,

v.

JESSE KEIGHIN, individually,

    Defendant.

**DECLARATION OF CAYMAN C. MITCHELL
IN SUPPORT OF PLAINTIFF NINTENDO OF AMERICA INC.'S
SECOND RENEWED MOTION FOR ENTRY OF DEFAULT**

I, Cayman C. Mitchell, declare as follows:

1. I am over the age of 18 and competent to testify to matters in this Declaration. I make this Declaration on the basis of my personal knowledge.

2. I am an attorney at the law firm Jenner & Block LLP, and am one of the attorneys representing Plaintiff Nintendo of America Inc. ("Nintendo") in this action. I submit this Declaration in support of Nintendo's Second Renewed Motion for Entry of Default (the "Motion").

**I.    Proof of Service**

3. On November 6, 2024, Nintendo filed its Complaint in the above-captioned action. ECF No. 1.

4. After several unsuccessful service attempts, on December 13, 2024, Nintendo filed a Motion for Substituted Service. ECF No. 11. On December 18, 2024, this Court granted Plaintiff's motion. ECF No. 13.

5. Pursuant to the Court's Order Granting Nintendo's Motion for Substituted Service, ECF No. 13 (the "Order"), Nintendo engaged process servers to serve process upon the substituted persons authorized by the Order: Melina Foy at Mercantile St., Castle Rock, CO 80109; Mary Twist, at E. Batavia Dr., Aurora, CO 80011; and Tracy Harsch, at S. Zeno Way, Aurora, CO 80017.

6. On December 20, 2024, the process servers delivered true copies of the Summons, Complaint, and Order to the addresses identified in Paragraph 5, as set forth in the attached affidavits. *See* Exhibits A–C.

7. In addition, and pursuant to the Order, on December 19, 2024, I caused true copies of the Summons, Complaint, and Order to be sent via UPS Next Day Air with delivery confirmation, signature required, to: Jesse Keighin c/o Mary Twist at E. Batavia Drive, Aurora, CO 80011 (tracking 1Z05V0A32491147100); and Jesse Keighin c/o Melina Foy at Mercantile

1

Street, Castle Rock, CO 80109 (tracking 1Z05V0A32496499703). The service package to the Batavia Drive address was delivered successfully; the service package to the Mercantile Street address was refused and eventually returned to my office as undeliverable.

8. On December 19, 2024, my colleague sent a true copy of the Summons, Complaint, and Order via email to Defendant at everygameguru@gmail.com. *See* Exhibit D.

9. In addition to the evidence of Defendant's actual notice set forth in Nintendo's Motion for Substituted Service, ECF No. 11 at 7–12, I understand from my client that on December 19, 2024, the day after the Court issued its Order and the day my colleague emailed Defendant a copy of the Summons, Complaint and Order, Defendant scrubbed his Facebook profile, including of the posts and photos that were identified in Nintendo's motion.

**II.    Failure to Respond**

10. As directed by this Court's Order, ECF No. 13, and as certified in Nintendo's Status Report ordered by the Court, ECF No. 14, on December 20, 2024 Nintendo accomplished service of the Summons and Complaint on Defendant by (1) delivering copies of the Summons and Complaint to addresses associated with Defendant's mother, grandmother, and partner; (2) sending the Summons and Complaint via mail with delivery confirmation to two addresses associated with Defendant; and (3) sending the Summons and Complaint via email to everygameguru@gmail.com.

11. Per Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant had 21 days to answer or otherwise respond to the Complaint. Therefore, Defendant was required to answer or otherwise respond to the Complaint by January 10, 2025.

12. Defendant has not appeared, answered, or otherwise responded to the Complaint.

2

**III.     Statement Regarding Defendant's Military Status**

13.   Upon information and belief—including based on the undersigned's review of public records concerning Defendant and on my client's review of Defendant's social media profiles—the Defendant is not and has not been a servicemember.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 25th day of March, 2025, in New York, New York.

_____
Cayman C. Mitchell