IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-03101-GPG-STV

NINTENDO OF AMERICA INC.,

    Plaintiff,

v.

JESSE KEIGHIN, individually,

    Defendant.

## MOTION TO MODIFY SCHEDULING ORDER

Nintendo of America Inc. ("Nintendo") hereby moves to modify the Court's scheduling order at ECF No. 25.

Per the Court's Minute Order at ECF No. 25, the Parties' deadline to file a Proposed Scheduling Order is **April 16, 2025**, and this matter is set for a Scheduling Conference on **April 23, 2025 at 10:45 AM**.

Since Defendant has not yet appeared, Nintendo has been unable to meet and confer with Defendant under Fed. R. Civ. P. 26(f). On March 26, 2025, the Clerk entered default against Defendant. ECF No. 29. Nintendo expects to file a motion for default judgment under Fed. R. Civ. P. 55(b)(2) in the next couple of weeks. Accordingly, Nintendo respectfully requests that the Court vacate the April 23, 2025 Scheduling Conference and associated deadlines. Should the Court desire to hear from Nintendo in connection with the motion for default judgment, Nintendo will make itself available at the Court's convenience. In the alternative, Nintendo would be happy to set a scheduling or status conference on or around **June 4, 2025**.

1

DATED this 15th day of April, 2025.

Respectfully submitted,

**JENNER & BLOCK LLP**

 /s/ Alison I. Stein
Alison I. Stein (N.Y. Bar. No. 4787230)*
Cayman C. Mitchell (N.Y. Bar No. 5978812)*
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
astein@jenner.com
cmitchell@jenner.com

Gail H. Morse (Colorado Bar No. 023813)*
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
gmorse@jenner.com

*Admitted in D. Colorado

*Attorneys for Plaintiff Nintendo of America Inc.*