## **EXHIBIT A: WORKS IN SUIT**

|    | **Claimant/Plaintiff**    | **Game Title**                          | **Copyright Registration No.** |
|----|---------------------------|-----------------------------------------|--------------------------------|
| 1  | Nintendo of America Inc.  | *Mario & Luigi Brothership*             | PAu 4-241-342                  |
| 2  | Nintendo of America Inc.  | *Super Mario Party Jamboree*            | PA 2-498-170                   |
| 3  | Nintendo of America Inc.  | *Super Mario RPG*                       | PA-2-452-197                   |
| 4  | Nintendo of America Inc.  | *The Legend of Zelda: Echoes of Wisdom* | PA-2-491-816                   |
| 5  | Nintendo of America Inc.  | *Paper Mario: The Thousand Year Door*   | PA-1-264-832                   |
| 6  | Nintendo of America Inc.  | *Mario vs Donkey Kong*                  | PA-2-468-279                   |
| 7  | Nintendo of America Inc.  | *Super Mario Bros. Wonder*              | PA-2-435-940                   |
| 8  | Nintendo of America Inc.  | *Pikmin 4*                              | PA-2-428-121                   |
| 9  | Nintendo of America Inc.  | *Splatoon 3*                            | PA-2-369-709                   |
| 10 | Nintendo of America Inc.  | *Mario Strikers: Battle League*         | PA-2-412-576                   |