IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 24-cv-03101-GPG-STV | Date: April 23, 2025 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

*Parties:*

NINTENDO OF AMERICA INC.,

   Plaintiff,

v.

JESSE KEIGHIN,

   Defendant.

*Counsel:*

Cayman Mitchell
Alison I. Stein

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**
**Court in session:** 10:47 a.m.
Court calls case. Appearances of counsel.

This matter is before the Court for a status of the case.

Statements by counsel.

For the reasons stated on the record, it is:

**ORDERED:** Plaintiff shall contact chambers within five (5) days of a ruling on the Motion for Default Judgment [ECF 33, filed on 4/18/2025] if it is denied.

HEARING CONCLUDED.
**Court in recess:** 10:49 a.m.
Total time in court: 00:02

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.