IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Gordon P. Gallagher

Civil Action No.   24-cv-03101-GPG-STV

NINTENDO OF AMERICA, INC,

    Plaintiff,

v.

JESSE KEIGHIN,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the [D. 37] Order entered by Judge Gordon P. Gallagher on October 29, 2025, it is

ORDERED that the Recommendation of Chief United States Magistrate Judge Varholak [D. 36] is AFFIRMED and ADOPTED as an order of the Court. It is

FURTHER ORDERED that Plaintiff's Motion for Default Judgment [D. 33] is Granted in Part and Denied in Part. It is

FURTHER ORDERED that Plaintiff is awarded statutory damages in the amount $17,500. It is

FURTHER ORDERED that the Court issues an injunction preventing Defendant from infringing Nintendo's copyrighted works, including by streaming, and from trafficking in Switch emulators, Nintendo's proprietary cryptographic keys, or other software or technologies that circumvent Nintendo's technological protective measures. It is

FURTHER ORDERED that on or before November 13, 2025, that Plaintiff shall file a Status Report with the Court regarding its next steps. It is

FURTHER ORDERED that this case will be closed.

Dated at Grand Junction, Colorado this 29th day of October 2025.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/D. Clement
      D. Clement
      Deputy Clerk